**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Cecilia O'Day

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-09-211 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | Date: November 12, 2009 |
| | Time: 9:00 AM |
| | Court: MCE |
| CECILIA O'DAY, CHAD CORREIA | |
| Defendant | |

    The defendants set forth above is charged with possession of methamphetamine and related charges and at the present time, are facing a minimum mandatory ten year to life imprisonment.

    Investigation and discovery review continues in this matter and there are guideline issues which have to be resolved. All parties are actively working toward resolution.

    Accordingly, it is hereby stipulated by the parties that the status conference in this matter, which is scheduled for

-1-

October 15, 2009, be continued to Thursday, November 12, 2009 at 9:00 AM for status conference

I declare under penalty of perjury that the foregoing is true and correct.

Signed at Sacramento, California on October 14, 2009.


                          /S/MICHAEL B. BIGELOW
                          Michael B. Bigelow
                          Attorney for Defendant, O'Day


**STIPULATION**

It is hereby stipulated by and between the parties through their respective counsel that the status conference in the above-entitled case presently set for Thursday, October 15, 2009 at 9:00 a.m. be continued without appearance, for the reasons set forth above, to **Thursday, November 12, 2009 at 9:00 a.m.**

The parties further stipulate that time included in this continuance be excluded pursuant to Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T4) through November 12, 2009 in the interest of justice to allow the defense time to further prepare for trial and negotiate resolution, if possible.


/S/ RICHARD BENDER, Esq.                    October 14, 2009
Richard Bender,
Assistant United States Attorney
Counsel the United States

/S/ MICHAEL BRADY BIGELOW, Esq.          October 14, 2009
Michael B. Bigelow
Counsel for Cecilia O'Day


/S/ ALAN BAUM, Esq.                       October 14, 2009
Alan Baum
Counsel for Chad Correia


**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, presently scheduled for Thursday, October 15, 2009, be continued without appearance to **November 12, 2009 at 9:00 a.m.**

It is further ordered that time be excluded through November 12, 2009 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

**IT IS SO ORDERED**

**DATED:** October 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE