```
BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD CORREIA,<br><br>    Defendant. | Case No. S 09-0211 MCE<br><br>**STIPULATION AND ORDER<br>CONTINUING SENTENCING DATE**<br><br>Old Date: February 4, 2010<br>New Date: May 6, 2010, at 9:00 a.m. |

It is hereby stipulated between the parties that the sentencing hearing in the above matter as to defendant Chad Correia, formerly scheduled for February 4, 2010, be continued to May 6, 2010, at 9:00 a.m.  The reason for the request is to allow the defendant to complete the terms of his plea agreement and allow the government to make a complete sentencing recommendation.  The sentencing recommendation concerning defendant Correia is somewhat contingent on the schedule of a related case [U.S. v. Sheldon Linhares, Cr. No. S 09-0541 JAM - notice of related case to the present case filed and pending which should result in having case reassigned to MCE.].  Defendant Linhares has been arrested in Hawaii and is awaiting transport to this District.  Defense counsel for defendant Correia joins in this request.   The Probation Officer has been notified.

Dated: January 11, 2010.

                                      BENJAMIN B. WAGNER
                                      U.S. Attorney

                                      by    /s/ Richard J. Bender
                                            RICHARD J. BENDER
                                            Assistant U.S. Attorne

1

Dated: January11, 2009 /s/ Alan Baum (by RJB)
Attorney for the Chad Correia

**ORDER**

It Is So Ordered,

Dated:  January 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE