UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00211-MCE |
|     Plaintiff, | |
|   v. | **RELATED CASE ORDER** |
| CECELIA O'DAY and CHAD CORREIA, | |
|     Defendants. _____/ | |
| UNITED STATES OF AMERICA, | No. 2:09-cr-00541-JAM |
|     Plaintiff, | |
|   v. | |
| SHELDON LINHARES, | |
|     Defendant. _____/ | |

    The Court has received the Notice of Related Case filed on December 21, 2009.

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

1

1 The actions involve many of the same defendants and are based on
2 the same or similar claims, the same property transaction or
3 event, similar questions of fact and the same questions of law,
4 and would therefore entail a substantial duplication of labor if
5 heard by different judges.  Accordingly, the assignment of the
6 matters to the same judge is likely to effect a substantial
7 savings of judicial effort and is also likely to be convenient
8 for the parties.
9     The parties should be aware that relating the cases under
10 Local Rule 123 merely has the result that both actions are
11 assigned to the same judge; no consolidation of the action is
12 effected.  Under the regular practice of this court, related
13 cases are generally assigned to the district judge and magistrate
14 judge to whom the first filed action was assigned.
15     IT IS THEREFORE ORDERED that the action denominated 2:09-cr-
16 00541, <u>United States of America v. Sheldon Linhares</u> is reassigned
17 to Judge Morrison C. England, Jr. for all further proceedings,
18 and any dates currently set in this reassigned case only is
19 hereby VACATED.  Henceforth, the caption on documents filed in
20 in reassigned case shall be shown as 2:09-cr-00541.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1  IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of criminal cases to
3 compensate for this reassignment.
4  IT IS SO ORDERED.

Dated: January 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE