1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S 09-0211 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| CHAD CORREIA, | Old Date: May 6, 2010 |
| Defendant. | New Date: June 24, 2010, at 9:00 a.m. |

It is hereby stipulated between the parties that the sentencing hearing in the above matter as to defendant Chad Correia, formerly scheduled for May 6, 2010, at 9:00 a.m., be rescheduled for June 24, 2010. The reason for the request is to allow the defendant to complete the terms of his plea agreement and allow the government to make a complete sentencing recommendation. The sentencing recommendation and timing of the sentencing concerning defendant Correia is somewhat contingent on the schedule of a related case [U.S. v. Sheldon Linhares, Cr. No. S 09-0541 MCE] which has a status conference scheduled for May 27, 2010. Defense counsel for defendant Correia, Alan Baum, Esq., joins in this request. The Probation Officer has been notified.

Dated: April 29, 2010.

                                        BENJAMIN B. WAGNER
                                        U.S. Attorney

                                        by   /s/ Richard J. Bender
                                              RICHARD J. BENDER
                                              Assistant U.S. Attorney

[Stipulation to Continue Sentencing Date (cont.)]

Dated: April 29, 2010                              /s/ Alan Baum (by RJB)
                                                   Attorney for the Chad Correia

**ORDER**

It is so Ordered.

Dated:  April 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE