BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>CHAD CORREIA,<br><br>         Defendant. | Case No. S 09-0211 MCE<br><br>**STIPULATION AND ORDER**<br>**CONTINUING SENTENCING DATE**<br><br>Old Date: June 24, 2010<br>New Date: July 22, 2010, at 9:00 a.m. |

It is hereby stipulated between the parties that the sentencing hearing in the above matter as to defendant Chad Correia, formerly scheduled for June 24, 2010, at 9:00 a.m., be rescheduled for July 22, 2010, at 9:00 a.m.  The reason for the request is to allow the defendant to complete the terms of his plea agreement and allow the government to make a complete sentencing recommendation.  The sentencing recommendation and timing of the sentencing concerning defendant Correia is somewhat contingent on the schedule of a related case [U.S. v. Sheldon Linhares, Cr. No. S 09-0541 MCE] which has a status conference scheduled for June 24, 2010.  Defense counsel for defendant Correia, Alan Baum, Esq., joins in this request.   The Probation Officer has been notified.

Dated: June 14, 2010.

                         BENJAMIN B. WAGNER
                         U.S. Attorney

                         by     /s/ Richard J. Bender
                                RICHARD J. BENDER
                                Assistant U.S. Attorney

1

[Stipulation to Continue Sentencing Date (cont.)]

Dated: June 14, 2010                         /s/ Alan Baum (by RJB)
                                             Attorney for the Chad Correia

**ORDER**

It is so Ordered.

Dated: June 23, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE