BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAD CORREIA,<br><br>        Defendant. | Case No. 2:09-cr-00211 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE**<br><br>Old Date: July 22, 2010<br>New Date: September 23, 2010, at 9:00 a.m. |

It is hereby stipulated between the parties that the sentencing hearing in the above matter as to defendant Chad Correia, formerly scheduled for July 22, 2010, at 9:00 a.m., be rescheduled for September 23, 2010, at 9:00 a.m.  The reason for the request is to allow the defendant to complete the terms of his plea agreement and allow the government to make a complete sentencing recommendation.  The sentencing recommendation and timing of the sentencing concerning defendant Correia is somewhat contingent on the schedule of a related case [U.S. v. Sheldon Linhares, Cr. No. S 09-0541 MCE] which is scheduled for trial on August 23, 2010.  Defense counsel for defendant Correia, Alan Baum, Esq., joins in this request.  The Probation Officer has been notified.

Dated: July 16, 2010.

                                        BENJAMIN B. WAGNER
                                      U.S. Attorney

                                  by    /s/ Richard J. Bender
                                        RICHARD J. BENDER
                                        Assistant U.S. Attorney

1

1  [Stipulation to Continue Sentencing Date (cont.)]

2
3  Dated: July 16, 2010                    /s/ Alan Baum (by RJB)
                                           Attorney for the Chad Correia

6
7         IT IS SO ORDERED.

8  Dated: July 22, 2010

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE

[Stipulation to Continue Sentencing Date (cont.)]

2